Same case below, 408 Fed. Appx. 416.

**No. 10-9354. Manuel Lechuga Perez, Petitioner v. United States.**

563 U.S. 928, 131 S. Ct. 1838, 179 L. Ed. 2d 795, 2011 U.S. LEXIS 2709.

April 4, 2011. Petition for writ of certiorari the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 404 Fed. Appx. 391.

**No. 10-9377. Dave A. Taylor, Petitioner v. Eric D. Wilson, Warden.**

563 U.S. 930, 131 S. Ct. 1839, 179 L. Ed. 2d 795, 2011 U.S. LEXIS 2625.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

**No. 10-9386. Andrew Capoccia, Petitioner v. United States.**

563 U.S. 930, 131 S. Ct. 1840, 179 L. Ed. 2d 795, 2011 U.S. LEXIS 2647.

**No. 10-9400. Dwayne Anderson, aka Dewayne Anderson, Petitioner v. United States.**

563 U.S. 930, 131 S. Ct. 1841, 179 L. Ed. 2d 795, 2011 U.S. LEXIS 2814.

**No. 10-9402. Armando Garcia, Petitioner v. United States.**

563 U.S. 930, 131 S. Ct. 1841, 179 L. Ed. 2d 795, 2011 U.S. LEXIS 2599,

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

**No. 10-9404. In re Rodney Phillip Hill, Petitioner.**

563 U.S. 917, 131 S. Ct. 1842, 179 L. Ed. 2d 795, 2011 U.S. LEXIS 2598.

April 4, 2011. Petition for writ of habeas corpus denied.

**No. 10-9461. In re Curlin Pennick, III, Petitioner.**

563 U.S. 917, 131 S. Ct. 1842, 179 L. Ed. 2d 795, 2011 U.S. LEXIS 2606,

April 4, 2011. Petition for writ of habeas corpus denied.